IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00228-GCM

| EVANS GENERAL CONTRACTORS, LLC, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| FIRST MERCURY INSURANCE COMPANY, | |
| Defendant. | |

**THIS MATTER** is before the Court on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Matthew F. Boyer (ECF No. 10).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Boyer is admitted to appear before this Court *pro hac vice* on behalf of prospective[1] Intervenor The Cincinnati Insurance Company.

**IT IS SO ORDERED**.

Signed: June 21, 2022

Graham C. Mullen
United States District Judge

---

[1] In ruling on this motion, the Court expresses no opinion on the pending Motion to Intervene. *See* ECF No. 4.